UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>NICOLE E. WATERHOUSE,<br><br>              Defendant. | No. CR-08-028-RHW<br><br>ORDER SETTING STATUS HEARING AND GRANTING DEFENDANT'S ORAL MOTION TO MODIFY CONDITIONS OF RELEASE |

At the August 4, 2008, status hearing, Assistant U.S. Attorney Aine Ahmed appeared for the United States. Defendant was present with Assistant Federal Defender Kailey Moran.

Defendant orally moved to modify conditions of release.

**IT IS ORDERED** the Defendant's unopposed oral Motion to modify **(Ct. Rec. 38)** is **GRANTED** as follows.

1. Defendant shall no longer be subject to electronic monitoring.

2. Defendant shall have a curfew of 8:30 p.m. to 7:00 a.m.

**IT IS FURTHER ORDERED** a status conference is set for **August 21, 2008, at 11:00 a.m.**, before the undersigned.

DATED August 5, 2008.

                          S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

ORDER SETTING STATUS HEARING AND GRANTING DEFENDANT'S ORAL MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1