PROB 12B
(7/93)

Report Date: June 13, 2012

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

JUN 14 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

Name of Offender: Nicole Waterhouse                Case Number: 2:08CR00028-001 RHW

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 15, 2009          Type of Supervision: Supervised Release

Original Offense: Possession with the Intent to Distribute 5 Grams or More of a Mixture or Substance Containing Cocaine Base, in the form of Crack Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii)

Date Supervision Commenced: June 11, 2012

Original Sentence: Prison - 60 Months;
                   TSR - 48 Months

Date Supervision Expires: June 10, 2016

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19  You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

Ms. Waterhouse indicates that she has some issues with depression and would like to participate in mental health counseling.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/13/2012

s/Anne Sauther

Anne Sauther
U.S. Probation Officer

Prob 12B
**Re: Waterhouse, Nicole**
**June 13, 2012**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

6/14/12
_____
Date