# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NICOLE E. WATERHOUSE,<br><br>　　　　　Defendant. | No. 2:08-CR-028-RHW<br><br>ORDER DENYING MOTION TO RECONSIDER CO-PAYMENT |

Before the court is Defendant's Motion to reconsider the Court's Order filed April 4, 2014, directing a co-payment prior to appointment of counsel to assist with early termination of her supervised release.

After reviewing all materials submitted in connection with the Motion to reconsider, the court finds insufficient basis to alter its previous Order.

Accordingly, Defendant's Motion, **ECF No. 83,** is **DENIED**.

The Clerk of the Court shall provide a copy of this Order to Assistant Federal Defender Amy H. Rubin.

**IT IS SO ORDERED.**

DATED April 30, 2014.



_____
　　　　JOHN T. RODGERS
　UNITED STATES MAGISTRATE JUDGE

ORDER - 1